UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA HOWE, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>MENDOCINO COUNTY, et al.,<br><br>  Defendants. | Case No. 20-cv-02622-SI<br><br>**ORDER DENYING PLAINTIFF'S EX PARTE MOTION FOR EXTENSION OF TIME TO FILE THIRD AMENDED COMPLAINT**<br><br>Re: Dkt. No. 47 |

On November 11, 2020, plaintiffs Barbara How, L. Jan Shepard, and Carol Morgan filed this *Ex Parte* Motion for Extension of Time to File Third Amended Complaint. However, on November 13, 2020, plaintiffs voluntarily dismissed all claims against all the defendants in the present case. Dkt. No. 50.

The Court hereby FINDS AS MOOT plaintiffs' *Ex Parte* Motion for Extension of Time to File Third Amended Complaint. The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: December 14, 2020

_____
SUSAN ILLSTON
United States District Judge